# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO DE JESUS ALANIS, | Case No. 1:13-cv-01306-SAB |
| Plaintiff, | ORDER APPROVING STIPULATION TO EXTEND BRIEFING SCHEDULE |
| v. | ECF NO. 10 |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On April 21, 2014, the parties in this action filed a stipulation to extend the briefing schedule. (ECF No. 10.) The Court approves the parties' stipulation.

Accordingly, it is HEREBY ORDERED that:

1. The parties' stipulation to modify the briefing schedule in this action is APPROVED;

2. Plaintiff shall file his opening brief on or before May 16, 2014;

3. Defendant shall file its opposition brief on or before June 16, 2014; and

/ / /

/ / /

/ / /

/ / /

/ / /

1

4. Plaintiff shall file its reply brief, if any, on or before June 23, 2014.

IT IS SO ORDERED.

Dated: **April 22, 2014**

UNITED STATES MAGISTRATE JUDGE

2