# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO DE JESUS ALANIS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:13-cv-01306-SAB<br><br>ORDER TO SHOW CAUSE |

This action was filed on August 16, 2013.  On September 20, 2014, Plaintiff filed a form consenting to the jurisdiction of the magistrate judge; and Defendant filed a form consenting to the jurisdiction of the magistrate judge on September 24, 2014.  (ECF Nos. 6, 8.)  A scheduling order issued on August 22, 2014.  (ECF No. 5.)  Defendant lodged the Social Security administrative record on January 10, 2014.  (ECF No. 9.)  On April 22, 2014, the Court granted the parties stipulation extending time for Plaintiff to file his opening brief on May 16, 2014.  (ECF No. 11.)  Plaintiff did not file his opening brief in compliance with the April 22, 2014 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a written response to this order to show cause why this action should not be dismissed for failure to prosecute within seven (7) days of the date of service of this order.  Failure to comply with this order to show cause shall

result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **May 19, 2014**

UNITED STATES MAGISTRATE JUDGE