# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO DE JESUS ALANIS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:13-cv-01306-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF Nos. 12, 13)<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME (ECF No. 14) |

This action was filed on August 16, 2013. Pursuant to the stipulation of the parties, Plaintiff's opening brief was due on May 16, 2014. On May 20, 2014, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to file an opening brief in compliance with the scheduling order. On this same date Plaintiff filed a response to the order to show cause, a stipulation for an extension of time, and an opening brief. The Court finds good cause to discharge the order to show cause and grant the parties stipulation to extend the briefing schedule.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued May 20, 2014 is DISCHARGED;
2. Plaintiff's opening brief is deemed timely filed;

///

///

1

1       3.      Defendants response is due on or before June 19, 2014; and

2       4.      Plaintiff may file a reply on or before June 23.2014.

IT IS SO ORDERED.

Dated:   **May 21, 2014**

_____
UNITED STATES MAGISTRATE JUDGE