1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| GILBERTO DE JESUS ALANIS, | Case No.  1:13-cv-01306-SAB |
| Plaintiff, | ORDER TO SHOW CAUSE WHY PLAINTIFF'S SOCIAL SECURITY APPEAL SHOULD NOT BE DEEMED UNOPPOSED |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

17 On May 22, 2014, the Court modified the briefing schedule in this action.  (ECF No. 16.)

18 Pursuant to this order, Defendant's opposition was to be filed on or before June 19, 2014.  To

19 date, no opposition has been filed.

20 Accordingly, Defendant is HEREBY ORDERED to SHOW CAUSE why Plaintiff's

21 Social Security appeal should not be deemed unopposed and why sanctions should not issue for

22 Defendant's failure to comply with the Court's order.  Defendant shall file its written response to

23 this order to show cause **on or before June 27, 2014.**

24

25 IT IS SO ORDERED.

26 Dated: __**June 20, 2014**__

UNITED STATES MAGISTRATE JUDGE

27

28

1