# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO DE JESUS ALANIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:13-cv-01306-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME<br><br>ECF NO. 17, 19 |

On June 23, 2014, the Court issued an order to show cause why Plaintiff's appeal should not be deemed unopposed due to Defendant's failure to file a timely opposition brief. (ECF No. 17.) On June 27, 2014, Defendant filed a response to the Court's order to show cause. (ECF No. 18.) Defendant informs the Court that defense counsel dealt with ongoing medical issues from January 2014 through May 2014. Defendant mistakenly believed that its opposition brief was due on June 26, 2014. Defendant filed a motion to extend the time to file its opposition brief and indicates that Plaintiff will not oppose the request.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Court's June 23, 2014 order to show cause is DISCHARGED;
2. Defendant's motion for an extension of time is GRANTED (ECF No. 19);
3. Defendant's opposition brief is deemed timely filed; and

/ / /

4. Plaintiff's reply brief, if any, shall be filed on or before July 15, 2014

IT IS SO ORDERED.

Dated: **July 1, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

2